```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 04663
   VERSIE FRANKLIN
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-7055

--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 02/28/2008 and was confirmed 04/23/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  85.00%.

     The case was dismissed after confirmation 11/19/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
--------------------------------------------------------------------------
CAPITAL ONE                UNSECURED         5966.72         .00            .00
WELLS FARGO HOME MORTGAG   NOTICE ONLY    NOT FILED          .00            .00
CITIBANK USA               UNSECURED      NOT FILED          .00            .00
ECAST SETTLEMENT CORP      UNSECURED          527.32         .00            .00
KOHLS                      UNSECURED          540.72         .00            .00
LVNV FUNDING LLC           UNSECURED         5028.43         .00            .00
CHASE HOME FINANCE LLC     CURRENT MORTG       .00           .00            .00
WELLS FARGO BANK           CURRENT MORTG       .00           .00            .00
WELLS FARGO BANK           SECURED NOT I       .00           .00            .00
WELLS FARGO BANK           UNSECURED      NOT FILED          .00            .00
CHASE HOME FINANCE         NOTICE ONLY    NOT FILED          .00            .00
CHASE HOME FINANCE LLC     COST OF COLLE     250.00          .00            .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY     3,114.00                      818.80
TOM VAUGHN                 TRUSTEE                                        71.20
DEBTOR REFUND              REFUND                                           .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                    RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE              890.00

PRIORITY                                         .00
SECURED                                          .00
UNSECURED                                        .00
ADMINISTRATIVE                                818.80
TRUSTEE COMPENSATION                           71.20
DEBTOR REFUND                                    .00
                    ---------------     ---------------
TOTALS               890.00                   890.00


                PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 04663 VERSIE FRANKLIN
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                  /s/ Tom Vaughn
Dated: 02/25/09                   _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE
```

                              PAGE   2
        CASE NO. 08 B 04663 VERSIE FRANKLIN